**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael E. Skepton aka Michael Edward Skepton | CHAPTER 13 |
| Debtor | BKY. NO. 15-14265 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2007-8, and index same on the master mailing list.

Re: Loan # Ending In: 0295

                                       Respectfully submitted,

                                       **/s/Denise Carlon, Esquire**
                                       Denise Carlon, Esquire
                                       Thomas Puleo, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322  FAX (215) 627-7734