United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael E. Skepton
Michael E. Skepton
    Debtors

Case No. 15-14265-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Dec 21, 2016
                  Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
13603993     +The Bank of New York Mellon, Trustee (See B10),   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
        CELINE P. DERKRIKORIAN   on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MARTIN A. MOONEY   on behalf of Creditor   The Bank of New York Mellon tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        MARTIN A. MOONEY   on behalf of Creditor   Specialized Loan Servicing LLC tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        MICHELLE DEWALD   on behalf of Debtor Michael E. Skepton mdewald@rcn.com
        SCOTT R. LIPSON   on behalf of Creditor   Blue Mountain Health System slipson@nmmlaw.com, dbarton@nmmlaw.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14265-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael E. Skepton
4102 Main Street
Slatedale PA 18079

Michael E. Skepton
MAILING ADDRESS:
P.O. Box 211
Slatedale PA 18079

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: The Bank of New York Mellon, Trustee (See B10), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/23/16

Tim McGrath
**CLERK OF THE COURT**