**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Michael E. Skepton. | : | |
| | : | CASE NO. 15-14265-ref |
| (Debtor) | : | |
| | : | Judge: Richard E. Fehling |

\* \* \* \* \* \*
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders Of CWABS, Inc., Asset-Backed Certificates, Series 2007-8 c/o Shellpoint Mortgage Servicing has filed a motion for approval of loan modification pursuant to 11 U.S.C. Section 362(d) with this COURT.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 10, 2018  you or your attorney must do **all** of the following:

      (a) file an answer explaining your position at:
          U.S. Bankruptcy Court
          Eastern District of PA
          Bankruptcy Clerk of Courts
          400 Washington Street
          Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the Movant's Attorney:
          Nicole B. LaBletta, Esquire
          Pincus Law Group, PLLC
          425 RXR Plaza
          Uniondale, NY 11556
          516-699-8902 PHONE
          516-279-6990 FAX

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on August 23, 2018 at 9:30 a.m., at the United States Bankruptcy Court, Eastern District of Pennsylvania(Reading), Bankruptcy Courtroom, 400 Washington Street, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By:    /s/ Nicole B. LaBletta
Nicole B. LaBletta, Esquire
Pincus Law Group, PLLC
Attorney for Movant
425 RXR Plaza
Uniondale, NY 115556

Date:   July 27, 2018

cc:    Michael E. Skepton
4102 Main Street
Slatedale, PA 18079
Via US Mail

Michelle DeWald, Esquire
**Attorney For Debtor**
DEWALD Law Offices
P.O. Box 5101
Bethelehem, PA 18015
Via CM/ECF

**Trustee**
William Miller
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Via CM/ECF

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF

## Creditor Mailing Matrix

Served via U.S. Mail:

| | |
|---|---|
| The Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815-0007 | T-Mobile<br>P.O. Box 742596,<br>Cincinnati, OH 45274-2596 |
| Wachovia<br>420 Montgomery Street<br>San Francisco, CA 94104-1207 | Verizon<br>500 Technology Dr.<br>Ste 300,<br>Weldon Springs, MO 63304-2225 |
| U.S. Attorney Office,<br> c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| AFNI, Inc<br>404 Brock Drive<br> Bloomington, IL 61701-2654 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| Accelerated Financial Solution<br>39 Monette Parkway<br>Smithfield, VA 23430-2577 | Americollect Inc,<br>1851 S. Alverno Road<br>Manitowoc, WI 54220 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Berks Credit & Collections<br> P.O. Box 329<br>Temple, PA 19560-0329 |
| Diversified Consultants<br>10550 Deerwood Park Blvd #309<br>Jacksonville, FL 32256-2805 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 |
| Systems Collections<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 | HSBC<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 |
| Midland Funding<br>8875 Aero Drive. Ste 200<br>San Diego, CA 92123-2255 | Merrick Bank<br>P.O. Box 1500<br>Draper, UT 84020-1500 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 |

| | |
|---|---|
| City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 |
| Tax Claim Bureau<br>633 Court Street, Second Floor<br>Reading, PA 19601-4300 | Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 |
| Advanced Auto Parts<br>AAP Financial Services<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | Ability Recovery Services<br>P.O. Box 4031<br>Wyoming, PA 18644-0031 |
| Collection Service Center<br>250 Mt Lebanon Blvd, Ste 420<br>Pittsburgh, PA 15122 | Blue Ridge Communications<br>P.O. Box 316<br>Palmerton, PA 18071-0316 |
| Children's Heart Center Of NEPA<br>401 North 17th Street<br>Allentown, PA 18104-5034 | Central Credit Audit<br>P.O. Box 735<br>Sunbury, PA 17801-0735 |
| Commonwealth Finance<br>245 Main Street<br>Scranton, PA 18519-1641 | Citifinancial<br>300 Saint Paul Place<br>Baltimore, MD 21202-2120 |
| First Bank Of Delaware<br>P.O. Box 8099<br>Newark, DE 19714-8099 | Financial Recoveries<br>P.O. Box 1388<br>Mt. Laurel, NJ 08054-7388 |
| Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 | Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 |
| PP& L<br>2 North 9th Street<br>Allentown, PA 18101-1175 | Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 |
| Palmerton Hospital<br>135 Lafayette Avenue<br>Palmerton, PA 18071-1596 | Penn Credit<br>916 S. 14th Street<br>Harrisburg, PA 17104-3425 |
| Powell, Rogers & Speaks, Inc<br>P.O. Box 930<br>Halifax, PA 17032-0930 | Progressive Physycians Assoc.<br>801 Ostrum Street<br>Bethlehem, PA 18015-1065 |
| RCN<br>100 Baltimore Drive<br>Wilkes-Barre, PA 18702-7955 | SIS Mortgage<br>8742 Lucent Boulevard, Ste 300<br>Highlands Ranch, CO 80129-2386 |
| Sacred Heart Hospital<br>421 Chew Street<br>Allentown, PA 18102-3490 | St. Luke's ER Physician Specialists<br>P.O. Box 5386<br>Bethlehem, PA 18015-0386 |
| St. Luke's Hospital<br>801 Ostrum Street<br>Bethlehem, PA 18015-1065 | Weis Kings<br>P.O. Box 471<br>1000S. Second Street<br>Sunbury, PA 17801-3318 |