UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____X

In re:                                                                                    Case No. : 15-14265-ref

 Michael E. Skepton   (Debtor)



                                                                                            Chapter 13


The Bank of New York Mellon f/k/a The
Bank of New York as Trustee for the Certificateholders
Of CWABS, Inc., Asset-Backed Certificates,
Series 2007-8 c/o Shellpoint Mortgage Servicing,
                                        Movant
        vs.
Michael E. Skepton    (Debtor)

                          Debtor(s))
                          /Respondent(s)
        and

William C. Miller, Esq.
                          Trustee/Respondent.
_____X


**AMENDED CERTIFICATE OF SERVICE**

I, Nicole LaBletta, an attorney duly admitted to practice law before the Eastern District of Pennsylvania respectfully certify that on July 27, 2018, I served a true and correct copy of the foregoing Motion to Approve Loan Modification, Notice of Motion Deadline and Hearing Date by the method stated below:


**Via US Mail**

**Michael E. Skepton**
4102 Main Street
Slatedale, PA 18079

**Via CM/ECF**

**MICHELLE DEWALD**
Attorney For Debtor
DEWALD Law Offices
P.O. box 5101
Bethelehem, PA 18015

*Trustee*
**William Miller**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

## Creditor Mailing Matrix

Served Via U.S. Mail:

| | |
|---|---|
| The Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815-0007 | T-Mobile<br>P.O. Box 742596,<br>Cincinnati, OH 45274-2596 |
| Wachovia<br>420 Montgomery Street<br>San Francisco, CA 94104-1207 | Verizon<br>500 Technology Dr.<br>Ste 300,<br>Weldon Springs, MO 63304-2225 |
| AFNI, Inc<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| U.S. Attorney Office,<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| Accelerated Financial Solution<br>39 Monette Parkway<br>Smithfield, VA 23430-2577 | Americollect Inc,<br>1851 S. Alverno Road<br>Manitowoc, WI 54220 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Berks Credit & Collections<br>P.O. Box 329<br>Temple, PA 19560-0329 |

| | |
|---|---|
| Diversified Consultants<br>10550 Deerwood Park Blvd #309<br>Jacksonville, FL 32256-2805 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 |
| Systems Collections<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 | HSBC<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 |
| Midland Funding<br>8875 Aero Drive. Ste 200<br>San Diego, CA 92123-2255 | Merrick Bank<br>P.O. Box 1500<br>Draper, UT 84020-1500 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 |
| City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 |
| Tax Claim Bureau<br>633 Court Street, Second Floor<br>Reading, PA 19601-4300 | Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 |
| Advanced Auto Parts<br>AAP Financial Services<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | Ability Recovery Services<br>P.O. Box 4031<br>Wyoming, PA 18644-0031 |
| Collection Service Center<br>250 Mt Lebanon Blvd, Ste 420<br>Pittsburgh, PA 15122 | Blue Ridge Communications<br>P.O. Box 316<br>Palmerton, PA 18071-0316 |
| Children's Heart Center Of NEPA<br>401 North 17th Street<br>Allentown, PA 18104-5034 | Central Credit Audit<br>P.O. Box 735<br>Sunbury, PA 17801-0735 |
| Commonwealth Finance<br>245 Main Street<br>Scranton, PA 18519-1641 | Citifinancial<br>300 Saint Paul Place<br>Baltimore, MD 21202-2120 |
| First Bank Of Delaware<br>P.O. Box 8099<br>Newark, DE 19714-8099 | Financial Recoveries<br>P.O. Box 1388<br>Mt. Laurel, NJ 08054-7388 |
| Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 | Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 |
| PP& L<br>2 North 9th Street<br>Allentown, PA 18101-1175 | Lehigh County Authority<br>P.O. Box 3758<br>Allentown, PA 18106-0758 |
| Palmerton Hospital<br>135 Lafayette Avenue<br>Palmerton, PA 18071-1596 | Penn Credit<br>916 S. 14th Street<br>Harrisburg, PA 17104-3425 |

| | |
|---|---|
| Powell, Rogers & Speaks, Inc<br>P.O. Box 930<br>Halifax, PA 17032-0930 | Progressive Physycians Assoc.<br>801 Ostrum Street<br>Bethlehem, PA 18015-1065 |
| RCN<br>100 Baltimore Drive<br>Wilkes-Barre, PA 18702-7955 | SIS Mortgage<br>8742 Lucent Boulevard, Ste 300<br>Highlands Ranch, CO 80129-2386 |
| Sacred Heart Hospital<br>421 Chew Street<br>Allentown, PA 18102-3490 | St. Luke's ER Physician Specialists<br>P.O. Box 5386<br>Bethlehem, PA 18015-0386 |
| St. Luke's Hospital<br>801 Ostrum Street<br>Bethlehem, PA 18015-1065 | Weis Kings<br>P.O. Box 471<br>1000S. Second Street<br>Sunbury, PA 17801-3318 |

Dated: July 27, 2018                    By:      /s/ Nicole LaBletta
                                                 Nicole LaBletta, Esq.
                                                 425 RXR Plaza
                                                 Uniondale, New York 11556
                                                 Telephone: 516-699-8902
                                                 Fax: 516-279-6990
                                                 Email:nlabletta@pincuslaw.com