UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
MICHAEL SKEPTON                  :     Chapter 13
                                 :     Case No: 15-14265
                                 :
      *Debtor*                    :
                                 :

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Approve Mortgage Modification and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on July 9, 2018 and I further certify that the motion is uncontested.

Date: July 30, 2018                     s/Michelle DeWald__
                                                        Michelle Dewald, Esquire
                                                        PA #64955
                                                        1683 Broadhead Court
                                                        Bethlehem, PA 18015
                                                        (610) 419-4561 – phone
                                                         (610) 419-4872 – fax