UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
MICHAEL SKEPTON : Chapter 13
: Case No: 15-14265
:
*Debtor* :
:

## O R D E R

AND NOW, upon consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion,

is hereby ORDERED and DECREED that:

1. Debtors' Loan Modification with Shellpoint Mortgage Servicing with respect to the property located at 4102 Main Street, Slatedale, PA 18079 is hereby approved.

BY THE COURT:

**Date: August 6, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge