United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-14265-ref
Michael E. Skepton                                              Chapter 13
Michael E. Skepton
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Aug 06, 2018
                             Form ID: pdf900         Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Michael E. Skepton,    MAILING ADDRESS:,    P.O. Box 211,    Slatedale, PA 18079-0211
db             +Michael E. Skepton,    4102 Main Street,    Slatedale, PA 18079-2114
cr             +Blue Mountain Health System,    f/k/a Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    515 W. Hamilton St, Ste 502,    Allentown, PA 18101-1513
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon,    c/o Shellpoi,    PO Box 10826,    Greenville, SC 29603-0826
cr             +The Bank of New York Mellon f/k/a the Bank of New,    55 Beattie Place,
                 Greenville, SC 29601-2165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARTIN A. MOONEY    on behalf of Creditor    The Bank of New York Mellon ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MARTIN A. MOONEY    on behalf of Creditor    Specialized Loan Servicing LLC
               ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MICHELLE  DEWALD    on behalf of Debtor Michael E. Skepton mdewald@rcn.com
              NICOLE B. LABLETTA    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York nlabletta@pincuslaw.com,    vbarber@pincuslaw.com
              SCOTT R. LIPSON    on behalf of Creditor    Blue Mountain Health System slipson@nmmlaw.com,
               dbarton@nmmlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
MICHAEL SKEPTON         :    Chapter 13
                        :    Case No: 15-14265
                        :
       *Debtor*         :
                        :

## O R D E R

AND NOW, upon consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion,

is hereby ORDERED and DECREED that:

1. Debtors' Loan Modification with Shellpoint Mortgage Servicing with respect to the property located at 4102 Main Street, Slatedale, PA 18079 is hereby approved.

BY THE COURT:

**Date: August 6, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge