UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    MICHAEL E. SKEPTON | : | Case No: 15-14265 |
| | : | |
|    *Debtor,* | : | |

NOTICE OF CONVERSION
FROM CHAPTER 13 TO CHAPTER 7

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the above captioned Debtor in the within matter do hereby elect to convert his bankruptcy case from Chapter 13 to Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. 101, et seq., pursuant to 11 U.S.C. 1307(a).

PLEASE TAKE FURTHER NOTICE that the above captioned Debtors have not previously converted under Bankruptcy Code Section 706, 1112, or 1208.

DATE: 08/22/18    s/Michael Skepton_____
                                      Michael Skepton, Debtor

DATE: 08/22/18    s/Michelle DeWald_____
                                      Michelle DeWald, Esquire
                                      Counsel for the Debtor
                                      1683 Broadhead Court
                                      Bethlehem, PA 18015
                                       Phone No. (610) 419-4561
                                       Fax No. (610) 419-4872
                                       Attorney ID No. 64955