United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-14265-ref
Michael E. Skepton                                              Chapter 7
Michael E. Skepton
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 3              Date Rcvd: Aug 22, 2018
                              Form ID: 210U            Total Noticed: 63
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
```
db             +Michael E. Skepton,    4102 Main Street,    Slatedale, PA 18079-2114
db             +Michael E. Skepton,    MAILING ADDRESS:,    P.O. Box 211,    Slatedale, PA 18079-0211
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +The Bank of New York Mellon,    c/o Shellpoi,    PO Box 10826,    Greenville, SC 29603-0826
cr             +The Bank of New York Mellon f/k/a the Bank of New,    55 Beattie Place,
                 Greenville, SC 29601-2165
13649677       +AAP Financial Services,    4729 Hargrove Road,    Raleigh NC 27616-2875
13551333        Advanced Auto Parts,    AAP Financial Services,    P.O. Box 742063,    Atlanta, GA  30374-2063
13646702        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13667382       +Blue Mountain Health System, f/k/a,    Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    515 W. Hamilton St., Suite 502,    Allentown, PA 18101-1513
13551337        Blue Ridge Communications,    P.O. Box 316,    Palmerton, PA  18071-0316
13551341      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD  21202)
13551342      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center,    250 Mt Lebanon Blvd, Ste 420,
                 Pittsburgh, PA  15122)
13551340       +Children's Heart Center Of NEPA,    401 North 17th Street,    Allentown, PA 18104-5034
13551343       +Commonwealth Finance,    245 Main Street,    Scranton, PA 18519-1641
13551344      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,    P.O. Box 78626,    Phoenix, AZ  85062-8626)
13551346        Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ  08054-7388
13551347       +First Bank Of Delaware,    P.O. Box 8099,    Newark, DE 19714-8099
13551348        Foundation Radiology GRP,    401 Liberty Avenue, Ste 2000,    Three Gateway Center, 20th Fl,
                 Pittsburgh, PA  15222
13551350        I.C. Systems Collections,    P.O. Box 64378,    St. Paul, MN  55164-0378
13551351        Lehigh County Authority,    P.O. Box 3758,    Allentown, PA 18106-0758
13672256       +Lehigh County Authority,    Bradford E. Landon, Solicitor c/o LCA,
                 PO Box 3348, 1053 Spruce Road,    Allentown PA 18106-0348
13629007       +PP&L,   2 North 9th Street,    Allentown, PA 18101-1179
13551357       +PP&L Electric Utilities,    827 Hausman Road,    Allentown PA 18104-9392
13551354       +Palmerton Hospital,    135 Lafayette Avenue,    Palmerton, PA 18071-1596
13551355      #+Penn Credit,   916 S. 14th Street,    Harrisburg, PA 17104-3425
13551356        Powell, Rogers & Speaks, Inc,    P.O. Box 930,    Halifax, PA  17032-0930
13551358        Progressive Physycians Assoc.,    801 Ostrum Street,    Bethlehem, PA  18015-1065
13551359       +RCN,   100 Baltimore Drive,    Wilkes-Barre, PA 18702-7955
13551361       +SIS Mortgage,    8742 Lucent Boulevard, Ste 300,    Highlands Ranch, CO 80129-2386
13551360       +Sacred Heart Hospital,    421 Chew Street,    Allentown, PA 18102-3490
13551362        St. Luke's ER Physician Specialists,    P.O. Box 5386,    Bethlehem, PA  18015-0386
13551363       +St. Luke's Hospital,    801 Ostrum Street,    Bethlehem, PA  18015-1065
13589513       +St. Luke's University Health Network,    801 Ostrum St.,    Bethlehem, PA 18015-1000
13551364      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,    P.O. Box 742596,    Cincinnati, OH  45274-2596)
13839405       +THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
13829153       +The Bank of New York Mellon,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13603993       +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13603995       +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13551367       +Wachovia,    420 Montgomery Street,    San Francisco, CA 94104-1207
13551369       +Weis Kings,    P.O. Box 471,    1000S. Second Street,    Sunbury, PA 17801-3318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:54:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13551334       +E-mail/Text: EBNProcessing@afni.com Aug 23 2018 01:54:15     AFNI, Inc,    404 Brock Drive,
                 Bloomington, IL 61701-2654
13551335        E-mail/Text: ebn@americollect.com Aug 23 2018 01:54:14     Americollect Inc,
                 1851 S. Alverno Road,    Manitowoc, WI  54220
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 3                   Date Rcvd: Aug 22, 2018
                              Form ID: 210U                Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13551331       +E-mail/Text: seinhorn@ars-llc.biz Aug 23 2018 01:54:36      Ability Recovery Services,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13551332       +E-mail/Text: maria.dennis@gotoclc.com Aug 23 2018 01:54:34      Accelerated Financial Solution,
                 39 Monette Parkway,    Smithfield, VA 23430-2577
13551336        E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 23 2018 01:54:44
                 Berks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
13551338       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:58:44      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13551339        E-mail/Text: nailda@centralcreditaudit.com Aug 23 2018 01:54:42      Central Credit Audit,
                 P.O. Box 735,    Sunbury, PA 17801-0735
13551345       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 23 2018 01:54:32      Diversified Consultants,
                 10550 Deerwood Park Blvd #309,    Jacksonville, FL 32256-2805
13551352       +E-mail/Text: bkr@cardworks.com Aug 23 2018 01:53:46      Merrick Bank,   P.O. Box 1500,
                 Draper, UT 84020-1500
13616948       +E-mail/Text: bkr@cardworks.com Aug 23 2018 01:53:46      Merrick Bank Corporation,
                 10705 S. Jordan Gateway, Suite 200,    South Jordan UT 84095-3977
13551353       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:54:10      Midland Funding,
                 8875 Aero Drive. Ste 200,    San Diego, CA 92123-2255
13649678       +E-mail/Text: ebn@americollect.com Aug 23 2018 01:54:14      Progressive Physician Associates,
                 c/o Americollect Inc.,    PO Box 1566,   Manitowoc WI 54221-1566
13551365        E-mail/Text: bankruptcy@remitcorp.com Aug 23 2018 01:54:11      The Remit Corporation,
                 P.O. Box 7,    Bloomsburg, PA 17815-0007
13551366       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 23 2018 01:53:47
                 Verizon,    500 Technology Dr., Ste 300,    Weldon Springs, MO 63304-2225
13551368        E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2018 01:58:43      Walmart,   P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13551330        15-14265
cr*            +Blue Mountain Health System,    f/k/a Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    515 W. Hamilton St, Ste 502,    Allentown, PA 18101-1513
13551349       ##+HSBC,   P.O. Box 5253,    Carol Stream, IL 60197-5253
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN     on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON     on behalf of Creditor    The Bank of New York Mellon
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARTIN A. MOONEY    on behalf of Creditor    The Bank of New York Mellon ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
```

```
District/off: 0313-4          User: SaraR              Page 3 of 3              Date Rcvd: Aug 22, 2018
                              Form ID: 210U            Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MARTIN A. MOONEY    on behalf of Creditor    Specialized Loan Servicing LLC ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
        MICHELLE   DEWALD    on behalf of Debtor Michael E. Skepton mdewald@rcn.com
        NICOLE B. LABLETTA    on behalf of Creditor   The Bank of New York Mellon f/k/a the Bank of New York nlabletta@pincuslaw.com,    vbarber@pincuslaw.com
        SCOTT R. LIPSON    on behalf of Creditor    Blue Mountain Health System slipson@nmmlaw.com, dbarton@nmmlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com

        TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael E. Skepton                                                                                     Case No: 15−14265−ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 8/22/18

For The Court

Timothy B. McGrath
Clerk of Court

72
Form 210U