# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Michael E. Skepton**                                             Case No.  **15-14265**
                              Debtor(s)                                    Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 18, 2018**              /s/ **Michael E. Skepton**
                                           **Michael E. Skepton**
                                           Signature of Debtor

Ability Recovery Services
P.O. Box 4031
Wyoming, PA 18644


Accelerated Financial Solution
39 Monette Parkway
Smithfield, VA 23430


Advanced Auto Parts
AAP Financial Services
P.O. Box 742063
Atlanta, GA 30374-2063


AFNI, Inc
P.O. Box 3427
Bloomington, IL 61702


Americollect, Inc.
1851 S. Alverno Road
Manitowoc, WI 54220


Berks Credit & Collections
900 Corporate Drive
Reading, PA 19605


Blue Ridge Communications
P.O. Box 316
Palmerton, PA 18071-0316


Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Central Credit Audit
P.O. Box 735
Sunbury, PA 17801-0735

```
Children's Heart Center of NEPA
401 North 17th Street
Allentown, PA 18104



Citifinancial
300 Saint Paul Place
Baltimore, MD 21202



Collection Service Center
P.O. Box 14931
Pittsburgh, PA 15234



Commonwealth Finance
245 Main Street
Scranton, PA 18519



Direct TV
P.O. Box 5007
Carol Stream, IL 60197-5007



Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255



Eastern Revenue Inc
601 Dresher Road
Horsham, PA 19044



Financial Recoveries
200 E. Park Drive, ste 100
Mount Laurel, NJ 08054



First Bank of DelawARE
P.O. Box 8099
Newark, DE 19714
```

First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD 57107-0145


Foundation Radiology Group
350 N. Orleans Street, Fl 8, Dept. 6235
Chicago, IL 60654-6235


Hamilton Law
P.O. Box 90301
Allentown, PA 18109-0301


HSBC
P.O. Box 5253
Carol Stream, IL 60197


IC Systems
P.O. Box 64378
Saint Paul, MN 55164-0378


Lehigh Valley Hospital
P.O. Box 8500
#8076
Philadelphia, PA 19178-8076


Merrick Bank
P.O. Box 1500
Draper, UT 84020-1500


Midland Funding
8875 Aero Drive, ste 200
San Diego, CA 92123


PA Dept of Labor & Industry
Dept. 280901
Harrisburg, PA 17128-2340

Palmerton Hospital
135 Lafayette Avenue
Palmerton, PA 18071


Penn Credit Corporation
916 S. 14th Street
Harrisburg, PA 17104


powell, Rogers & Speaks, Inc.
P.O. Box 930
Halifax, PA 17032-0930


PP&L
2 North Nonth Street
Allentown, PA 18101-1179


Progressive Physician Assoc.
95 High land Avenue, ste 130
Bethlehem, PA 18017


RCN
100 Baltimore Drive
Wilkes Barre, PA 18702


Sacred Heart Hospital
421 Chew Street
Allentown, PA 18102


SIS Mortgage
8742 Lucent Boulevard, ste 300
Littleton, CO 80129


St. Luke's Emergency Phys. specialists
P.O. Box 5386
Bethlehem, PA 18015-0368

```
St. Luke's Hospital Bethlehem Campus
lockbox #8187
P.O. Box 8500
Philadelphia, PA 19178-8187



T-Mobile
P.O. Box 742596
Terrace Park, OH 45174-2596



The Remit Corporation
P.O. Box 7
Bloomsburg, PA 17815-0007



Verizon
500 Technology Dr., ste 300
Saint Charles, MO 63304



Wachovia
420 Montgomery Street
San Francisco, CA 94104



Walmart
P.O. Box 965024
Orlando, FL 32896-5024



Weis Kings
P.O. Box 471
1000 S. Second Street
Sunbury, PA 17801-0471
```