Certificate Number: 17572-PAE-DE-031650118

Bankruptcy Case Number: 15-14265



17572-PAE-DE-031650118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 20, 2018</u>, at <u>6:50</u> o'clock <u>PM PDT</u>, <u>Michael E Skepton</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 20, 2018</u>          By:  <u>/s/Benjamin E Wunsch</u>

                                        Name:  <u>Benjamin E Wunsch</u>

                                        Title:  <u>Counselor</u>